

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00459-CV

———————————————

KELLUS JOSEPH BRAVO, Appellant

V.

CORRAIMA BRAVO, Appellee

———————————————

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-722565-22

———————————————

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Kellus Joseph Bravo filed a pro se notice of appeal stating that he wished to appeal from the trial court's October 1, 2024 order. The notice of appeal also references an October 7, 2024 order.

However, Appellant did not provide a copy of either the October 1 or October 7 order with his notice of appeal, and the trial court clerk confirmed that the trial court has not signed an order. Accordingly, on October 11, 2024, we notified Appellant of our concern that we did not have jurisdiction over this appeal because no final judgment or appealable interlocutory order had been signed. We gave Appellant twenty days to furnish this court with a copy of the signed order from which Appellant sought to appeal. *See* Tex. R. App. P. 44.3, 44.4(a)(2). We cautioned him that if we did not receive a signed order by that date, we would dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

We have not received a copy of a signed final order or other judgment from which Appellant seeks to appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See McDaniel v. Gonzalez*, No. 02-24-00196-CV, 2024 WL 3059851, at *1 (Tex. App.—Fort Worth June 20, 2024, no pet.) (mem. op.) (dismissing an appeal for lack of jurisdiction because trial court had not signed final judgment or appealable order).

Per Curiam

Delivered:  January 9, 2025

2